UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 20-cv-22723

ROGELIO RIVERO ALEMAN,

    Plaintiff,

vs.

A&J GENERAL CONTRACTORS CORP.,
MIGUEL A. GUERRERO, SR., and
MIGUEL A. GUERRERO, JR.,

    Defendants.
_____/

**NOTICE OF REMOVAL**
**OF DEFENDANT A&J GENERAL CONTRACTORS CORP.**

Pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, Defendant A&J General Contractors Corp. ("A&J") removes this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (the "State Court") to the United States District Court for the Southern District of Florida.

**Procedural Posture**

1.    On or about June 1, 2020, Plaintiff Rogelio Rivero Aleman filed the Complaint (attached as Exhibit 1) in the State Court.

2.    Plaintiff has not achieved service of process on A&J. Upon information and belief, Plaintiff has not served Defendants Miguel A. Guerrero, Sr. and Miguel A. Guerrero, Jr.

**The Complaint**

3.    Plaintiff claims that he worked for the Defendants "from about 2015 to April 20, 2019[.]" Ex. 1, ¶ 22. In connection with that employment, Plaintiff brings purported claims for

Fair Labor Standards Act, 29 U.S.C. ¶¶ 201-19 ("FLSA") minimum wage violation (*id.*, ¶¶ 10-31), FLSA overtime wage violations (*id.*, ¶¶ 32-54), and for violation of 26 U.S.C. § 7434 (*id.*, ¶¶ 55-63).

## Basis for Removal

4. A&J removes this action under federal question jurisdiction.[1]

5. In the Complaint, Plaintiff invokes and exclusively seeks damages under federal statutes, i.e., the FLSA and 26 U.S.C. § 7434.  *See* Ex. 1, ¶¶ 10-63.

6. Claims based on these statutes are eligible for removal.  *See Breuer v. Jim's Concrete of Brevard, Inc.* 538 U.S. 691 (2003) (affirming rulings by the Eleventh Circuit and the Middle District of Florida that FLSA action filed in state court is removable to federal court).

7. Accordingly, A&J invokes the Court's original jurisdiction, pursuant to 28 U.S.C. § 1331, to resolve the federal questions raised by Plaintiff in the Complaint.  *See New SD, Inc. v. Rockwell Intern. Corp.*, 79 F.3d 953, 955 (9th Cir. 1996) ("When federal law applies . . . it follows that the question arises under federal law, and federal question jurisdiction exists.") (citing *Intern. Ass'n of Machinists, AFL-CIO v. Cent. Airlines, Inc.*, 372 U.S. 682, 693 n.17 (1963)).

8. Venue is proper in this Court because the United States District Court for the Southern District of Florida, Miami Division is the district and division within which the State Court case is pending.  *See* 28 U.S.C. § 1441(a) ("Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district

---

[1] Without submitting to the jurisdiction of the Court, A&J removes this case and enters its limited appearance.  A&J has not been served process and, accordingly, the Court does not have personal jurisdiction over A&J.  *In re Trasylol Prods. Liability Litig.*, No. 08-MD-01928, 2011 WL 830287, at *5-8 (S.D. Fla. Mar. 8, 2011).

2

Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com

court of the United States for the district and division embracing the place where such action is pending.").

9. Pursuant to 28 U.S.C. § 1446(b), A&J's removal is timely because this notice of removal has been filed within thirty days after this case was filed in the State Court.[2]

## 28 U.S.C. § 1446 Requirements

10. In compliance with 28 U.S.C. § 1446(d), A&J is contemporaneously serving Plaintiff with a copy of this notice of removal, and A&J is filing a copy of this notice of removal with the State Court.

11. In an effort to comply with the spirit of 28 U.S.C. § 1446(a), a copy of all documents filed in the State Court[3] and a copy of the State Court docket will be filed contemporaneously with this Notice as composite Exhibit 2. None of these documents have been properly served on A&J.

## Reservation of Rights

12. A&J reserves all rights, including defenses, objections, and any right to compel arbitration. A&J also reserves the right to amend or supplement this notice of removal.

WHEREFORE, A&J hereby removes this case to the United States District Court for the Southern District of Florida.

---

[2] 28 U.S.C. § 1446(b) requires removal within 30 days of "receipt by the defendant, through service of process or otherwise, a copy of the initial pleading setting forth the claim for relief . . . or within 30 days after service of summons upon the defendant." Given that this case was filed on June 1, 2020 (i.e., 30 days ago), this removal is timely.

[3] This does not include the Complaint, which is Exhibit 1.

3

Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com

Date: July 1, 2020

        ized;Respectfully submitted:



Attorneys for Defendant A&J General Contractors Corp.
1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
Phone: (305) 350-51
Fax: (305) 372-2738

By: /s/ Brian Lechich
    Brian Lechich
    Florida Bar No. 84419
    blechich@homerbonner.com

4

Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com